# Exhibit A

ELECTRONICALLY FILED
8/9/2017 3:17 PM
2017-L-008090
CALENDAR: H
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

Atty No: 42713

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| FILIP MAJCHRZAK, a minor, by and through his father and next best friend, MICHAEL MAJCHRZAK, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No.: ) |
| THE GAP, INC., d/b/a as GAP FACTORY, and SIMON PROPERTY GROUP, INC., | ) ) ) ) |
| Defendants. | ) |

## COMPLAINT AT LAW

Plaintiff, FILIP MAJCHRZAK, a minor, by and through his father and next best friend, MICHAEL MAJCHRZAK, by and through their attorneys, WITTER LAW OFFICES, LLC, and complaining of the defendants, THE GAP, INC., d/b/a as GAP FACTORY (hereinafter "GAP") and SIMON PROPERTY GROUP, INC., (hereinafter "SIMON PROPERTY") state as follows:

### (COMMON ALLEGATIONS)

1.  At all times material hereto, Plaintiff, FILIP MAJCHRZAK, was a resident of Roselle, Cook County, State of Illinois.

2.  At all times material hereto, Defendant, GAP, was a foreign corporation doing business in Chicago, Cook County and State of Illinois.

3.  At all times material hereto, Defendant, GAP, owned and operated a retail clothing store located at Gurnee Mills shopping center, 6170 W. Grand Avenue, Gurnee, County of Lake, State of Illinois.

4.  At all times material hereto, Defendant, SIMON PROPERTY, was a foreign corporation doing business in Chicago, Cook County and State of Illinois.

ELECTRONICALLY FILED
8/9/2017 3:17 PM
2017-L-008090
PAGE 2 of 6

5. At all times material hereto, Defendant, SIMON PROPERTY, owned and operated the Gurnee Mills shopping center located at 6170 W. Grand Avenue, Gurnee, County of Lake, State of Illinois.

6. At all times material hereto, Plaintiff FILIP MAJCHRZAK was 5 years old.

7. On or about On August 9, 2014, Plaintiff, FILIP MAJCHRZAK, and his parents were invitees to the Defendants' Gurnee Mills shopping center and GAP clothing store located at 6170 W. Grand Avenue, Gurnee, County of Cook, State of Illinois.

8. At all times relevant herein, Plaintiff was in the exercise of all due care and caution for his own safety and for the safety of others.

### (COUNT I—FILIP MAJCHRZAK v. THE GAP)

9. The Plaintiff hereby adopts and re-alleges paragraphs 1 through 8 of the Commons Allegations as paragraph 9 of this Count I.

10. At all material hereto, Defendant GAP was under a duty to keep and maintain the premises in a reasonably safe condition for the safety of its patrons, in particular, the Plaintiff, FILIP MAJCHRZAK.

11. That on the day and location referred to above, Plaintiff tripped and fell over the leg of a clothing rack and struck the edge and/or corner of a wall with his head and sustained severe injury.

12. Notwithstanding said duty, and in violation of, the Defendant, GAP, individually or by a duly authorized agent on it's behalf, was guilty of one or more of the following acts or omissions:

   a. Negligently and carelessly installed a dangerous metal trim and/or corner guard on the wall in the store;
   b. Negligently and carelessly failed to maintain the interior walls, including a metal trim and/or corner guard, on the wall in the store;

ELECTRONICALLY FILED
8/9/2017 3:17 PM
2017-L-008090
PAGE 3 of 6

    c. Negligently failed to properly warn of the dangerous condition;
    d. Negligently and carelessly failed to provide customers adequate room to walk between clothing racks so as not to come into contact with dangerous conditions such as the damaged and/or defective wall metal trim and/or corner guard;
    e. Negligently and carelessly failed to maintain the condition of the premises;
    f. Was otherwise negligent.

13. As a direct and proximate result of one or more of the foregoing careless and negligent acts of Defendant, GAP, Plaintiff, FILIP MAJCHRZAK, suffered severe and permanent injuries; has incurred and will incur substantial medical, hospital and therapy bills; has experienced and will in the future experience untold suffering, and has been deprived of the ability and capacity to attend to most social and personal activities.

WHEREFORE, the Plaintiff, FILIP MAJCHRZAK, a minor, by and through his father and next best friend, MICHAEL MAJCHRZAK, prays for judgment against the Defendant, THE GAP, INC., d/b/a as GAP FACTORY, in a dollar amount sufficient to satisfy the jurisdictional limitations of this court, plus whatever additional amount the court and the jury shall deem proper as compensatory damages, plus the costs of this lawsuit.

### (COUNT II – FAMILY EXPENSE ACT – THE GAP)

14. The Plaintiff hereby adopts and re-alleges paragraphs 1 through 13 of the Commons Allegations and Count I as paragraph 14 of this Count II.

15. As a direct and proximate result of the injuries sustained by Plaintiff, FILIP MAJCHRZAK, MICHAEL MAJCHRZAK became obligated for various medical expenses which have been incurred in the past and will be incurred in the future, and is entitled to recover for said expenses and bring this claim pursuant to the Family Expense Act, 750 ILCS 65/15.

WHEREFORE, the Plaintiff, FILIP MAJCHRZAK, a minor, by and through his father and next best friend, MICHAEL MAJCHRZAK, prays for judgment against the Defendant, THE GAP,

INC., d/b/a as GAP FACTORY, in a dollar amount sufficient to satisfy the jurisdictional limitations of this court, plus whatever additional amount the court and the jury shall deem proper as compensatory damages, plus the costs of this lawsuit.

### (COUNT III—FILIP MAJCHRZAK v. SIMON PROPERTY)

16. The Plaintiff hereby adopts and re-alleges paragraphs 1 through 8 of the Commons Allegations as paragraph 16 of this Count III.

17. It was the duty of the Defendant, SIMON PROPERTY, to exercise care to maintain the Gurnee Mills shopping mall premises and the GAP FACTORY store in a reasonably safe condition for persons such as the Plaintiff who were invitees to the premises.

18. Notwithstanding said duty, and in violation of, the Defendant, SIMON PROPERTY, individually or by a duly authorized agent on it's behalf, was guilty of one or more of the following acts or omissions:

   a. Negligently and carelessly installed a dangerous metal trim and/or corner guard on the wall in the GAP FACTORY store;
   b. Negligently and carelessly failed to maintain the interior walls, including a metal trim and/or corner guard, on the wall in the GAP FACTORY store;
   c. Negligently failed to properly warn of the dangerous condition in the GAP FACTORY store;
   d. Negligently and carelessly failed to maintain the condition of the premises;
   f. Was otherwise negligent.

19. As a direct and proximate result of one or more of the foregoing careless and negligent acts of Defendant, SIMON PROPERTY, Plaintiff, FILIP MAJCHRZAK, suffered severe and permanent injuries; has incurred and will incur substantial medical, hospital and therapy bills; has experienced and will in the future experience untold suffering, and has been deprived of the ability and capacity to attend to most social and personal activities.

WHEREFORE, the Plaintiff, FILIP MAJCHRZAK, a minor, by and through his father and next best friend, MICHAEL MAJCHRZAK, prays for judgment against the Defendant, SIMON

ELECTRONICALLY FILED
8/9/2017 3:17 PM
2017-L-008090
PAGE 4 of 6

ELECTRONICALLY FILED
8/9/2017 3:17 PM
2017-L-008090
PAGE 5 of 6

PROPERTY GROUP, INC., in a dollar amount sufficient to satisfy the jurisdictional limitations of this court, plus whatever additional amount the court and the jury shall deem proper as compensatory damages, plus the costs of this lawsuit.

### COUNT IV – FAMILY EXPENSE ACT – SIMON PROPERTY

20. The Plaintiff hereby adopts and re-alleges paragraphs 1 through 13 of the Commons Allegations and paragraphs 16 through 19 of Count III as paragraph 20 of this Count IV.

21. As a direct and proximate result of the injuries sustained by Plaintiff, FILIP MAJCHRZAK, MICHAEL MAJCHRZAK became obligated for various medical expenses which have been incurred in the past and will be incurred in the future, and is entitled to recover for said expenses and bring this claim pursuant to the Family Expense Act, 750 ILCS 65/15.

WHEREFORE, the Plaintiff, FILIP MAJCHRZAK, a minor, by and through his father and next best friend, MICHAEL MAJCHRZAK, prays for judgment against the Defendant, SIMON PROPERTY GROUP, INC., in a dollar amount sufficient to satisfy the jurisdictional limitations of this court, plus whatever additional amount the court and the jury shall deem proper as compensatory damages, plus the costs of this lawsuit.

Respectfully submitted,

/s/ Eric A. Witter
Email: eaw@witterlaw.com

Eric A. Witter
Witter Law Offices, LLC
2054 N. California Ave.
Chicago, Illinois 60647
(312) 251-1022
eaw@witterlaw.com

Atty No: 42713

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| FILIP MAJCHRZAK, a minor, by and through his father and next best friend, MICHAEL MAJCHRZAK, ) ) ) ) Plaintiffs, ) ) vs. ) ) THE GAP, INC., d/b/a as GAP FACTORY, and ) SIMON PROPERTY GROUP, INC., ) ) Defendants. ) | No.: |

ELECTRONICALLY FILED
8/9/2017 3:17 PM
2017-L-008090
PAGE 6 of 6

## SCR 222(b) AFFIDAVIT

I, Eric A. Witter, being first duly sworn under oath, depose and state that the amount of damages sought in the above captioned cause of action exceeds $50,000.00 for the Plaintiff.

Respectfully submitted,

/s/ Eric A. Witter
Email: eaw@witterlaw.com

Eric A. Witter
Witter Law Offices, LLC
2054 N. California Ave.
Chicago, Illinois 60647
(312) 251-1022
eaw@witterlaw.com